IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN THOMSEN, | ) | |
| Plaintiff, | ) ) ) | 8:09CV422 |
| v. | ) ) | |
| R+L CARRIERS SHARED SERVICES, LLC, and R+L CARRIERS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the plaintiff's motion to dismiss his claims against defendant R+L Carriers and his claims under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*, against both defendants. Filing No. 48. Defendants indicate that they have no objection to the dismissal, as long as it is a dismissal with prejudice. Filing No. 52. The plaintiff concedes that the dismissal should be with prejudice. Filing No. 53. Accordingly, the court finds the motion should be granted and those claims will be dismissed.

IT IS ORDERED:

1. The plaintiff's motion to dismiss (Filing No. 48) is granted.

2. The plaintiff's claims against defendant R&L Carriers are dismissed, with prejudice, each party to bear its own costs.

3. The plaintiff's claim for violation of the Family and Medical Leave Act by R+L Carriers Shared Services, LLC, is dismissed, with prejudice, each party to bear its own costs.

DATED this 24th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.