IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEAN THOMSEN,                              )        CASE NO. 8:09-CV-422
                                          )
                    Plaintiff,            )
                                          )
        vs.                               )              ORDER
                                          )
R&L CARRIERS SHARED SERVICES, LLC.        )
                                          )
                    Defendant.            )


Pursuant to the parties' Joint Stipulation for Dismissal with prejudice (filing 104),

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with

each party to bear its own costs and attorney's fees.

Dated this 4th day of March, 2011.

                                BY THE COURT:


                                *s/ Joseph Bataillon*
                                United States District Court Judge